IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICHAEL WRIGHT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:12-CV-04715-K |
| | § | |
| **E-SYSTEMS, LLC et al.,** | § | |
| | § | |
| Defendants. | § | |

## DEFAULT JUDGMENT

This judgment is issued pursuant to the Court's order dated November 4th, 2014.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Michael Wright have judgment against Defendants for damages Plaintiff proves up resulting from Defendants' actions and any other amounts for costs and attorneys' fees the Court deems allowable.

**SO ORDERED.**

Signed November 4th, 2014

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE