IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL WRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action: 3:12-CV-4715-K-BK |
| | § | |
| E-SYSTEMS, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (Doc. No. 68).  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.  Accordingly, Plaintiff's Motion for Order to Show Cause (Doc. No. 57) is **GRANTED**.

The Court hereby (1) finds the Owners and Defendant Companies in contempt by reason of the facts certified by the Magistrate Judge, 28 U.S.C. § 636(b); (2) directs Owners and Defendant Companies to certify to the Court that they have answered Plaintiff's previously-served discovery requests as ordered by the Magistrate Judge; and (3) awards an additional $1,055 in attorneys' fees against both

the Defendant Companies and their respective Owners, jointly and severally, for a total of $2,830.

**SO ORDERED.**

Signed February 17th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE