**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MICHEAL WRIGHT,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil No. 3:12-CV-4715-K-BK** |
| | § | |
| **E-SYSTEMS, LLC, et al.,** | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  No objections were filed.  The Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff Micheal Wright is awarded economic damages against E-Systems for $7,875,000, awarded economic damages against PTC for $750,000, and awarded economic damages against Covertglass for $750,000, plus annual interest of 0.84% on each award of economic damages from the date of the judgment entered on November 4, 2014.  Plaintiff is also awarded his attorney's fees of $19,956.90 and costs of $66.44, for which each Defendant is jointly and severally responsible.

Finally, Plaintiff having satisfied the requisites for the entry of a permanent injunction, Defendants and each of their partners, officers, directors, associates, agents, servants, and employees, and all others acting or attempting to act in concert with Defendants, are hereby prohibited from directly or indirectly infringing Micheal Wright's patents, specifically, the 6,556,337 and 6,714,340 Patents, awarded on Aril 29, 2003 and March 30, 2004, respectively, and from continuing to sell, market, offer, dispose of, license, transfer, display, advertise,

reproduce, develop, or manufacture any services, events, products, or goods that infringe on such

patents.

**SO ORDERED.**

**Signed January 17th, 2017.**


_____

ED KINKEADE
UNITED STATES DISTRICT JUDGE